

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ELIZABETH M. DAITZ**<br>*Assistant Corporation Counsel*<br>*E-mail: edaitz@law.nyc.gov*<br>*Phone: (212) 788-0775*<br>*Fax: (212) 788-9776* |

June 29, 2009

**BY ECF AND HAND DELIVERY**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Joel Chapman v. City of New York, et al., 09-CV-0829 (FB)(RER)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York, Commissioner Kelly, Inspector Vega and Det. Avila in the above-referenced matter in which plaintiff alleges, *inter alia*, that he was falsely arrested by defendants. Enclosed herein please find a fully executed Stipulation of Settlement and Order of Dismissal for Your Honor's endorsement and filing with the Clerk of the Court.

      Thank you for your consideration herein.

      Respectfully submitted,

      Elizabeth M. Daitz
      Assistant Corporation Counsel

cc:    Nicole Bellina, Esq (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOEL CHAPMAN,

                                           Plaintiff,        **STIPULATION OF**
                                                                     **SETTLEMENT AND ORDER**
                    -against-                            **OF DISMISSAL**

THE CITY OF NEW YORK, POLICE COMMISSIONER    09-CV-0829 (FB)(RER)
RAYMOND W. KELLY, DEPUTY INSPECTOR FRANK
VEGA, DETECTIVE FRANK AVILA, JOHN DOE
POLICE OFFICERS #1-5,

                                            Defendants.

------------------------------------------------------------------- x

      **WHEREAS**, plaintiff commenced this action by filing a complaint on or about February 26, 2009, alleging that defendants violated plaintiff's federal civil and state common law rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

      2.    Defendant City of New York hereby agrees to pay plaintiff JOEL CHAPMAN Six Thousand ($6,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants and to release the defendants and any present or former employees and

agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

    3. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

    4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

    5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

    6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant


proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      June 17, 2009

| | |
|---|---|
| NICOLE BELLINA, ESQ.<br>Stoll, Glickman & Bellina<br>Attorneys for Plaintiff<br>71 Nevins Street<br>Brooklyn, NY 11217<br>(718) 852-4491 | MICHAEL A. CARDOZO<br>   Corporation Counsel of the<br>City of New York<br>Attorney for Defendants City, Kelly,<br>Vega, and Avila<br>100 Church Street, Room 3-218<br>New York, N.Y. 10007<br>(212) 788-0775 |
| By: _*signature*_<br>Nicole Bellina, Esq<br>Attorney for Plaintiff | By: _*signature*_<br>Elizabeth M. Daitz<br>Assistant Corporation Counsel |

SO ORDERED:

_____
   U.S.D.J.